IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UDAP INDUSTRIES, INC., | CV 16-27-BU-JCL |
| Plaintiff/Counter-Defendant, | |
| vs. | ORDER |
| BUSHWACKER BACKPACK & SUPPLY CO., d/b/a Counter Assault, | |
| Defendant/Counter-Claimant. | |

Upon both parties' Stipulation for Dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned action and counter-claim are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. All pending motions are MOOT and all deadlines are VACATED. The Clerk of Court shall close this case.

DATED this 13th day of July, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1